## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN,

      Plaintiff,

  v.

U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,

      Defendants.

Case No. 5:17-CV-11149-JEL-EAS

Hon. Judith E. Levy
Mag. Elizabeth A. Stafford

## PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF DECISION

Plaintiff respectfully submits this Response to "Defendants' Notice of Supplemental Authority" filed on June 19, 2017 (ECF No. 25), providing notice of the United States District Court for the District of Maine's Order (the "Maine Order") on Defendants' motion for a temporary stay of proceedings in that case. While Defendants filed a similar motion in this proceeding, Plaintiff respectfully replies that the Maine Order was issued without a written opinion and is of limited supplemental value or guidance here, in contrast to the carefully reasoned opinion of Judge Lasnik in the Western District of Washington, which was previously submitted to this court as supplemental authority (ECF No. 22).

Dated: June 20, 2017          Respectfully submitted,

By:  */s/ Andrew M. Goddeeris*

Gabriel E. Bedoya (P80839)
Andrew M. Pauwels (P79167)
Andrew M. Goddeeris (P80674)
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
(313) 465-7254
gbedoya@honigman.com
apauwels@honigman.com
agoddeeris@honigman.com

Michael J. Steinberg (P43085)
Kary Moss (P49759)
American Civil Liberties Union
Fund of Michigan
2966 Woodward Avenue
Detroit, Michigan 48201
(313) 578-6800
msteinberg@aclumich.org

Miriam J. Aukerman (P63165)
American Civil Liberties Union
Fund of Michigan
1514 Wealthy SE, Suite 242
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

*Attorneys for Plaintiff American Civil*
*Liberties Union of Michigan*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing was served on the attorneys of record in this matter by efiling on June 20, 2017.

The statement above is true to the best of my knowledge, information and belief.

<u>/s/ Andrew M. Goddeeris</u>
Andrew M. Goddeeris

24940142.1