## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 1 | Sample TECS Record 1 |
| 2 | Sample TECS Record 2 |
| 3 | Sample TECS Record 3 |
| 4 | Sample TECS Record 4 |
| 5 | Sample TECS Record 5 |
| 6 | Sample TECS Record 6 |
| 7 | Sample TECS Record 7 |
| 8 | Sample TECS Record 8 |
| 9 | Sample TECS Record 9 |
| 10 | Sample TECS Record 10 |
| 11 | Sample TECS Record 11 |
| 12 | Sample TECS Record 12 |
| 13 | Sample TECS Record 13 |
| 14 | Sample TECS Record 14 |
| 15 | Sample TECS Record 15 |
| 16 | Sample TECS Record 16 |
| 17 | Sample TECS Record 17 |
| 18 | Sample TECS Record 18 |