# Exhibit 1



## U.S. Customs and Border Protection
### U.S. Department of Homeland Security
#### TECS - Secondary Inspection Report

08/30/2018 17:16 EDT | Generated By: (b)(6)( (b)(7)(C) | Page 1 of 2

| Referral Source | | | |
|---|---|---|---|
| **Referred By** | **Referred Date** | **Referred Time** | **Referred From** |
| (b)(6)( (b)(7)(C) | 01/27/2017 | (b)(6)( (b)(7)(C) | Vehicle Primary |
| **Referral Reason** | | | |
| (b) (7)(E) | | | |

| Package | | |
|---|---|---|
| **Conveyance Type** | **No Plate or No VIN** | **VIN Number** |
| A - AUTO | N/A | |
| **License Plate State** | **License Plate Number** | **Inbound / Outbound** |
| (b)(6)( (b)(7)(C) | (b)(6)( (b)(7)(C) | I - Inbound |
| **Vehicle Search** | **No. Of Passengers In Vehicle** | |
| | 3 | |
| **Referring Officer Code** | **Referral Type** | |
| (b) (7)(E) | (b) (7)(E) | |
| **Reason for Referral Code** | | |
| (b) (7)(E) | | |

| Encounter - (b) (7)(E) | | | |
|---|---|---|---|
| **Last Name** | **First Name** | **DOB** | |
| (b)(6)( (b)(7)(C) | (b)(6)( (b)(7)(C) | (b)(6)( (b)(7)(C) | |
| **Hispanic** | **Gender** / **Race** | **Travel Document Presented** | **Lost / Stolen Document** |
| (b)(6) | (b)(6)( (b)(7)(C) / (b)(6)( (b)(7)(C) | Yes | (b)(6)( |
| **Doc Number** | **Doc Type** | **Issuing Country** | **State/Province** |
| (b)(6)( (b)(7)(C) | VN - VISA NON-IMMIGRANT | (b)(6)( (b)(7)(C) | |
| **Nationality** | **City of Birth** | **Country of Birth** | |
| (b)(6)( (b)(7)(C) | (b)(6)( (b)(7)(C) | (b)(6)( (b)(7)(C) | |
| **Father's Last Name** | **Father's First Name** | **Father's Middle Name** | |
| | | | |
| **Mother's Last Name** | **Mother's First Name** | **Mother's Middle Name** | |
| | | | |

| Baggage | | |
|---|---|---|
| **Secondary Officer Name** | **Site Id** | |
| (b)(6)( (b)(7)(C) | (b) (7)(E) | |
| **Inspection Start Date and Time** | **Inspection End Date and Time** | |
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) | |
| **FinCEN FORM 105** | **Currency Amount** | |
| | | |
| **Bag Exam** | **Number of Bags X-Rayed** | |
| (b) (7)(E) | | |
| **Positive / Negative Inspection** | **Personal Search** / **CCD Used** | **X-Ray/NII Utilized for this Inspection** |
| (b) (7)(E) | (b) (7)(E) / (b) (7)(E) | |
| **Category** | | |
| 1 | | |
| **Violation Codes** | | |
| (b) (7)(E) | | |
| **Related Document Number** | **Create Incident Log** | **Incident Log Report Number** |
| | No | |
| **SAS Number** | **Create EMR** | **EMR Number** |
| (b)(6)( (b)(7)(C) | N | |
| **Baggage Inspection Complete** | | |
| Yes | | |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
TECS - Secondary Inspection Report

08/30/2018 17:16 EDT          Generated By: (b)(6)( (b)(7)(C)          Page 2 of 2

**Comments History**

**Entered By:** (b)(6)( (b)(7)(C)          | **Created Date/Time** (b) (6), (b) (7)(C)
inspection changed to (b) (7)(E)     and added (b) (7)(E)

**Entered By:** (b)(6)( (b)(7)(C)          | **Created Date/Time:** (b) (6), (b) (7)(C)   (b)(6)( (b)(7)(C)
**(b) (7)(E)                    **

(b)(6)( (b)(7)(C)          were intending to visit (b)(6)( (b)(7)(C)     . All (b)(6)( (b)(7)(C) citizens,
travelling on (b) (6), (b) travel documents with US visas.
Per new executive order, visas cancelled.
Enforcement Officer (b)(6)( (b)(7)(C) performed sworn statements of the adults.
(b)(6)( (b)(7)(C) (b)(7)(E)

----------------
(b)(6)( (b)(7)(C) (b)(7)(E)

**Entered By:** (b)(6)( (b)(7)(C)          | **Created Date/Time:** (b) (6), (b) (7)(C)
(b) (7)(E)                    **

(b)(6)( (b)(7)(C)          were intending to visit (b)(6)( (b)(7)(C)     . All (b)(6)( (b)(7)(C) citizens,
travelling on (b) (6), (b) travel documents with US visas.
Per new executive order, visas cancelled.
Enforcement Officer (b)(6)( (b)(7)(C) performed sworn statements of the adults.
(b)(6)( (b)(7)(C) (b)(7)(E)      .

----------------
(b)(6)( (b)(7)(C) (b)(7)(E)

**Referral Reason History**

**Referred By** (b)(6)( (b)(7)(C)          | **Referred Date/Time:** 01/27/2017 (b)(6)( (b)(7)(C) | **Referred From:** Vehicle Primary
(b) (7)(E)

**For Official Use Only / Law Enforcement Sensitive**