# Exhibit 2



## U.S. Customs and Border Protection
### U.S. Department of Homeland Security
#### TECS - Secondary Inspection Report

08/29/2018 15:02 EDT          Generated By: (b)(6) (b)(7)(C)          Page 1 of 4

| Referral Source | | | | |
|---|---|---|---|---|
| **Referred By** | **Referred Date** | **Referred Time** | **Referred From** | **Lane** |
| (b)(6) (b)(7)(C) | 01/28/2017 | (b)(6) (b)(7) | Vehicle Primary | 05 |

**Referral Reason**

(b)(6) (b)(7)(C) (b)(7)(E)

| Package | | |
|---|---|---|
| **Conveyance Type** | **No Plate or No VIN** | **VIN Number** |
| A - AUTO | | |
| **License Plate State** | **License Plate Number** | **Inbound / Outbound** |
| ON - ONTARIO | (b)(6) (b)(7)(C) | I - Inbound |
| **Referring Officer Code** | **Reason for Referral Code** | **Referral Type** | **No. Of Passengers In Vehicle** |
| (b) (7)(E) | (b) (7)(E) | (b) (7)(E) | 4 |

**Vehicle Search**

(b) (7)(E)
(b) (7)(E)

| Encounter - (b) (7)(E) | | | |
|---|---|---|---|
| **Last Name** | **First Name** | **DOB** | |
| (b)(6) (b)(7)(C) | (b)(6) (b)(7)(C) | (b)(6) (b)(7)(C) | |
| **Hispanic** | **Gender** | **Race** | **Travel Document Presented** |
| (b)(6) (b | (b)(6) (b)(7)(C) | (b)(6) (b)(7)(C) | Yes |
| **Lost / Stolen Document** | **Doc Number** | **Doc Type** | |
| (b)(6) (b | (b)(6) (b)(7)(C) | PR - PASSPORT OR REFUGEE REENTRY | |
| **Issuing Country** | **State/Province** | **Nationality** | **City of Birth** |
| (b)(6) (b)(7)(C) | | (b)(6) (b)(7)(C) | |
| **Country of Birth** | **Father's Last Name** | **Father's First Name** | |
| | | | |
| **Father's Middle Name** | **Mother's Last Name** | **Mother's First Name** | |
| | | | |
| **Mother's Middle Name** | | | |
| | | | |

| Admissibility | | |
|---|---|---|
| **Secondary Officer Name** | **Site Id** | **Inspection Start Date and Time** |
| (b)(6) (b)(7)(C) | (b) (7)(E) | (b) (6), (b) (7)(C) |
| **Inspection End Date and Time** | **Last Update Date and Time** | |
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) | |
| **Stated Last Name** | **Stated First Name** | **Stated DOB** |
| | | |
| **Disposition** | **Admit Until Date** | |
| AR - ADMISSION REFUSED | | |
| **Deferred To** | **CCD Used** | |
| | (b) (7)(E) | |
| **WHTI Compliant** | **FIN Number** | **Related Document Number** |
| Yes | (b) (7)(E) | |
| **Create Incident Log** | **Incident Log Report #** | **SAS Number** |
| No | (b) (7)(E) | |
| **Create EMR** | **EMR Number** | **Charge Code** |
| No | | (b)(7)(E) - NON-IMMIGRANT WITHOUT A VALID PASSPORT OR VISA |
| **Referral Code** | **Create PLOR** | **Admissibility Inspection Complete** |
| | (b) (7)(E) | Yes |

## For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
TECS - Secondary Inspection Report

08/29/2018 15:02 EDT          Generated By: (b)(6) (b)(7)(C)          Page 2 of 4

**Comments History**

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
TECS - Secondary Inspection Report

08/29/2018 15:02 EDT                Generated By: (b)(6) (b)(7)(C)                Page 3 of 4

Entered By: (b)(6) (b)(7)(C) | Created Date/Time: (b) (6), (b) (7)(C)
On 01/28/2017 (b)(6) (b)(7)(C)                          (DOB: (b)(6) (b)(7)(C); COC: (b)(6) (b)(7)(C)
applied for entry at the Detroit Windsor Tunnel. (b)(6) (b)(7)(C) was traveling with (b)(6) (b)(7)(C),
(b)(6) (b)(7)(C)                              and going to (b) (6), (b) (7)(C)
MI. (b)(6) (b)(7)(C) presented a (b)(6) (b)(7)(C) passport and was referred to (b) (7)(E) In secondary a (b) (7)(E)

(b)(6) (b)(7)(C) (b)(7)(E)

(b)(6) (b)(7)(C) (b)(7)(E)

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
TECS - Secondary Inspection Report

08/29/2018 15:02 EDT                    Generated By (b)(6) (b)(7)(C)                    Page 4 of 4

| Referral Reason History |
| --- |

**Referred By** (b)(6) (b)(7)(C) | **Referred Date/Time:** 01/28/2017 (b)(6) (b)(7)(C) | **Referred From:** Vehicle Primary
(b)(6) (b)(7)(C) (b)(7)(E)

**For Official Use Only / Law Enforcement Sensitive**