# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AMERICAN CIVIL LIBERTIES UNION
OF MICHIGAN,
    Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY and U.S. CUSTOMS AND
BORDER PROTECTION,
    Defendants.

Case No.: 5:17-cv-11149-JEL-EAS

Judge Judith E. Levy

## NOTICE OF WITHDRAWAL OF MOTION TO STAY CASE AND OF RESTORATION OF APPROPRIATIONS

On January 25, 2019, Defendants moved for a stay of all proceedings in the above-captioned case commensurate with the duration of the lapse of appropriations for the Department of Justice, the Department of Homeland Security, and U.S. Customs and Border Protection.  Later that day, after a 35-day lapse, funding was restored for the Department of Justice, the Department of Homeland Security, and U.S. Customs and Border Protection through February 15, 2019, and the Department of Justice has now resumed its usual civil litigation functions.  According, Defendants respectfully withdraw their pending motion to stay.

Dated: January 28, 2019    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

<u>/s Ashley A. Cheung</u>
 Ashley A. Cheung (NY 5405816)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11208
Washington, D.C. 20530
Tel: (202) 616-8267
Fax: (202) 616-8470
Email: <u>ashley.cheung@usdoj.gov</u>

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                         Respectfully submitted,

                                       Attorneys for Defendants
*/s Ashley A. Cheung*
Ashley A. Cheung (NY 5405816)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11208
Washington, D.C. 20530
Tel: (202) 616-8267
Fax: (202) 616-8470
Email: ashley.cheung@usdoj.gov