# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AMERICAN CIVIL LIBERTIES UNION
OF MICHIGAN,
    Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY and U.S. CUSTOMS AND
BORDER PROTECTION,
    Defendants.

Case No.: 5:17-cv-11149-JEL-EAS

Judge Judith E. Levy

## JOINT MOTION TO STAY CASE

The parties respectfully request an order adjourning the February 13, 2019 Miscellaneous Hearing and staying the case until after April 1, 2019. In support, the parties state as follows:

1. On November 30, 2018, the parties filed the most recent Joint Status Report (the "November 2018 JSR"). In the November 2018 JSR, the parties summarized continued disagreement on a number of issues, including the fully-briefed issue of the review and production of records from the TECS database

2. On December 12, 2018, the Court issued a Notice to Appear ordering the parties to appear for a Miscellaneous Hearing regarding the November 2018 JSR.

3. On January 14, 2019, the Court reset the Miscellaneous Hearing regarding the November 2018 JSR for February 13, 2019.

4. On January 30, 2019, the parties conferred, and counsel for Plaintiff indicated that Plaintiff does not wish to pursue the issues raised in the November 2018 JSR. Accordingly, the parties agreed that the adequacy of Defendants' search for records, the review and production of records from the TECS database, and the application of all FOIA exemptions to the records produced in this case are no longer in dispute and that the parties will not seek summary judgment on those issues.

5. At this stage, the parties submit that the only issue remaining in dispute is the proper allocations of costs and attorneys' fees in this matter.

6. The parties respectfully request that they be provided more time to confer in good faith to resolve or narrow the issue of costs and attorneys' fees. Accordingly, the parties respectfully request that the Court enter an order adjourning the February 13, 2019 Miscellaneous Hearing regarding the November 2018 JSR and staying the case until after April 1, 2019 to give the parties adequate time to confer in good faith to resolve or narrow the issue of costs and attorneys' fees.

Dated: February 4, 2019                    Respectfully submitted,

Attorneys for Plaintiff                    Attorneys for Defendants

*/s Gabriel E. Bedoya*                     JOSEPH H. HUNT
Miriam Aukerman (P63165)                   Assistant Attorney General
American Civil Liberties Union
Fund of Michigan                           ELIZABETH J. SHAPIRO
1514 Wealthy Street, Suite 201             Deputy Director, Federal Programs
Grand Rapids, MI 49506                     Branch
(616) 301-0930
maukerman@aclumich.org                     */s Ashley A. Cheung*
                                            Ashley A. Cheung (NY 5405816)
Michael J. Steinberg (P43085)              Trial Attorney
Kary L. Moss (P49759)                      United States Department of Justice
American Civil Liberties Union             Civil Division, Federal Programs
Fund of Michigan 2966 Woodward             Branch
Avenue                                     1100 L Street NW, Room 11208
Detroit, MI 48201                          Washington, D.C. 20530
(313) 578-6814                             Tel: (202) 616-8267
msteinberg@aclumich.org                    Fax: (202) 616-8470
kmoss@aclumich.org                         Email: ashley.cheung@usdoj.gov

Gabriel E. Bedoya (P80839)
Andrew M. Pauwels (P79167)
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
(313) 465-7254
gbedoya@honigman.com
apauwels@honigman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s Ashley A. Cheung

Ashley A. Cheung (NY 5405816)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11208
Washington, D.C. 20530
Tel: (202) 616-8267
Fax: (202) 616-8470
Email: ashley.cheung@usdoj.gov