UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American Civil Liberties Union
of Michigan,

                       Plaintiff(s),

v.                                       Case No. 5:17−cv−11149−JEL−EAS
                                             Hon. Judith E. Levy

U.S. Department of Homeland
Security, et al.,

                       Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Stafford pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

**ADDITIONAL INFORMATION:**    To be conducted in June of 2019

                                              s/Judith E. Levy
                                              Judith E. Levy
                                              United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/S Burns
                                              Case Manager

Dated:   April 26, 2019