# ATTORNEY SETTLEMENT CONFERENCE PREPARATION

- Prior to the settlement conference, discuss with client:
    - His/her goals and interests;
    - His/her <u>preliminary</u> bottom-line settlement offer/demand;
    - The strengths and the weaknesses of the case;
    - The risks/benefits of not settling, including:
        - dismissal/summary judgment;
        - emotionally difficult, legally difficult and/or lengthy trial;
        - judgment by a jury of strangers with various backgrounds, perspectives and biases;
        - unfavorable verdict, including as applicable:
            - no cause
            - high damage award
        - risks and length associated with appeals;
        - accumulation of costs.
- Prepare client by explaining:
    - The settlement conference process;
    - That Judge Stafford will maintain confidentiality of discussions;
    - That the conference may be emotionally difficult;
    - That Judge Stafford will bluntly address weaknesses of his/her case;
    - That client should come to settlement conference with an open, creative and flexible mind for finding common ground;
    - That the opposing party's perspective is equally important.

**Attorneys and clients alike must be honest with Judge Stafford and refrain from posturing.**