UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN CIVIL LIBERTIES UNION
OF MICHIGAN,
    Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY and U.S. CUSTOMS AND
BORDER PROTECTION,
    Defendants.

_____/

Case No.: 5:17-cv-11149
Judge Judith E. Levy
Mag. Judge Elizabeth A. Stafford

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of Daniel S. Korobkin (P72842) as an attorney for the plaintiff in the above-captioned case.

Respectfully submitted,

/s/ Daniel S. Korobkin
Daniel S. Korobkin (P72842)
American Civil Liberties Union Fund
  of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

Dated: September 3, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2019 I electronically filed the foregoing document through the court's electronic filing system, and that the court will serve opposing counsel through the electronic filing system.

/s/ Daniel S. Korobkin
American Civil Liberties Union Fund
  of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6800
dkorobkin@aclumich.org