**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN,<br>  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,<br>  Defendants. | Case No.: 5:17-cv-11149-JEL-EAS<br><br>Judge Judith E. Levy |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate that all claims against Defendants shall hereby be dismissed with prejudice, and that the contemporaneously submitted Order dismissing those claims may be entered.

SO STIPULATED AND AGREED.

| | |
|---|---|
| Dated: September 16, 2019 | Respectfully submitted, |
| Attorneys for Plaintiff | Attorneys for Defendants |
| */s Gabriel E. Bedoya*<br>Miriam Aukerman (P63165) | JOSEPH H. HUNT<br>Assistant Attorney General |

1

American Civil Liberties Union
Fund of Michigan
1514 Wealthy Street, Suite 201
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

Michael J. Steinberg (P43085)
Kary L. Moss (P49759)
American Civil Liberties Union
Fund of Michigan 2966 Woodward
Avenue
Detroit, MI 48201
(313) 578-6814
msteinberg@aclumich.org
kmoss@aclumich.org

Gabriel E. Bedoya (P80839)
Andrew M. Pauwels (P79167)
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
(313) 465-7254
gbedoya@honigman.com
apauwels@honigman.com

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs
Branch

*/s Ashley A. Cheung*
 Ashley A. Cheung (NY 5405816)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street NW, Room 11208
Washington, D.C. 20530
Tel: (202) 616-8267
Fax: (202) 616-8470
Email: ashley.cheung@usdoj.gov

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AMERICAN CIVIL LIBERTIES UNION
OF MICHIGAN,
    Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY and U.S. CUSTOMS AND
BORDER PROTECTION,
    Defendants.

Case No.: 5:17-cv-11149-JEL-EAS

Judge Judith E. Levy

## ORDER OF DISMISSAL

THIS MATTER having come on before the above-entitled court on the stipulation of the parties through their counsel of record, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims herein against Defendants be dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 16, 2019

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge